**Dennis W. MCDONALD,**
**Plaintiff–Appellant,**

v.

**Robert BAYER; et al., Defendants–Appellees.**

No. 02–15440.

D.C. No. CV–99–00629–HDM.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.[*]

Decided Nov. 21, 2002.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

## MEMORANDUM [**]

Nevada prisoner Dennis W. McDonald appeals pro se the district court's summary judgment in favor of prison officials in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Lopez v. Smith*, 203 F.3d 1122, 1131 (9th Cir.2000) (en banc), and we affirm.

The district court properly granted summary judgment on McDonald's claim con-

[*] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

cerning a delay in routine liver enzyme testing because McDonald failed to raise a genuine issue as to whether the delay caused him harm. *See McGuckin v. Smith*, 974 F.2d 1050, 1060 (9th Cir.1992), *overruled on other grounds, WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir.1997) (en banc).

The district court correctly concluded that McDonald's contention that prison medical staff failed to provide him proper treatment by denying him a liver biopsy and drug therapy amounts only to a difference in medical opinion, which is insufficient as a matter of law to establish deliberate indifference. *See Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir.1996).

The district court also properly found that the failure to vaccinate McDonald against Hepatitis A and B amounted only to a difference in medical opinion about the proper course of treatment. *See id.*

AFFIRMED.

---

* Because the panel unanimously finds this case suitable for decision without oral argument, Pope's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.